**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | | |
|---|---|---|
| SOUTH CAROLINA GAMBLING RECOVERY LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 8:26-cv-02182-SAC |
| UNDERDOG SPORTS HOLDINGS, INC., *et al.* | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit as supplemental authority the attached decision issued by the Superior Court for the Commonwealth of Massachusetts on October 8, 2026, in the action captioned *Massachusetts Gambling Recovery LLC v. Blazesoft, Ltd.*, No. 2584CV01502-BLS2 (Mass. Super. Ct. Oct. 8, 2026) ("*MGR*") (Ex. 1).

In *MGR*, the court granted motions to compel arbitration filed by Blazesoft Ltd., Blazegames, Inc., SCPS LLC d/b/a Zula Casin, PTT, LLC d/b/a High 5 Games, High 5 Entertainment, LLC, all of which are Defendants here. Like Plaintiff South Carolina Gambling Recovery LLC, the plaintiff in *MGR* is a Delaware LLC based in Tampa, Florida, with no relationship to the players whose alleged losses undergird its claim. *MGR* involves virtually identical facts and legal theories as this action. In short, the Massachusetts court agreed with the same arguments Defendants made before this Court in the Defendants' respective motions to compel arbitration.

[*Signature Pages Follow*]

October 16, 2026

*s/ Tina Cundari*
Tina Cundari (S.C. Bar No. 71951)
Frederick Hanna (S.C. Bar No. 104659)
SMITH ROBINSON
3200 Devine Street
Columbia, South Carolina 29205
Telephone: (803) 254-5445
tina.cundari@smithrobinsonlaw.com
fred.hanna@smithrobinsonlaw.com

Gregory D. Beaman (S.C. Bar No. 106267)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
gbeaman@orrick.com

Michael M. Rosenberg (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 924-9800
mrosenberg@orrick.com

*Attorneys for Defendants VGW GP Ltd., VGW Holdings Pty. Ltd., VGW Luckyland Inc. and VGW Malta Ltd.*

*s/ Kathleen Fowler Monoc*
Kathleen Fowler Monoc (Bar No. 78131)
MONOC LAW
77 Grove Street
Charleston, South Carolina 29403
Telephone: (843) 790-8910
katie@monoclaw.com

*s/ Burl F. Williams*
Burl F. Williams (S.C. Bar No. 77901)
WILLIAMS BURKE LLP
201 Riverplace, Suite 501
Greenville, South Carolina 29601
Telephone: (864) 546-5035
burl@williamsburke.com

Joe Paunovich (*pro hac vice*)
Arian Koochesfahani (*pro hac vice)*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
joepaunovich@quinnemanuel.com
ariankoochesfahani@quinnemanuel.com

*Attorneys for Defendant Blitz Studios, Inc., dba Sleeper*

*s/ Andrew A. Mathias*
Andrew A. Mathias
Mason J Rajaee
104 South Main Street Suite 900
Greenville, South Carolina 29601
P: (864) 282-1195
AMathias@maynardnexsen.com
mrajaee@maynardnexsen.com

William M. Gantz (admitted *pro hac vice*)
bgantz@duanemorris.com
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200

*Attorneys for Defendants Dabble Sports, LLC and Dabble Sports Pty, Ltd, Betr Holdings, Inc. dba*

*Attorney for Defendants Underdog Fantasy and Underdog Sports Holdings Inc.*

_s/ Jack G. Gresh_
Jack G. Gresh (S.C. Bar No. 75188)
DODDS HENNESSY & STITH
1012 Ewall Street, Suite A
Mount Pleasant, South Carolina 29464
Telephone: (843) 881-1022
jack@dhs-lawfirm.com

Kim Conroy (*pro hac vice*)
Robert W. Ward (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue, NW Suite 650
Washington, D.C. 2006
Tel.: (202) 524-4140
kconroy@ifrahlaw.com
rward@ifrahlaw.com

*Attorneys for Defendants Blazesoft LTD, Blazegames, Inc. and SCPS LLC d/b/a Zula Casino*

*Betr, High 5 Games, LLC fka PTT, LLC and High 5 Entertainment, LLC*